UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

### ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and said sponsor attorney's declaration that applicant Stephen E. Marshall is a member in good standing of the bar of the United States District Court, District of Maryland;

and that applicant's contact information is as follows:

Applicant's Name: James E. Gray

Firm Name: Venable LLP

Address: Two Hopkins Plaza, Suite 1800

City/State/Zip: Baltimore, MD 21201

Telephone/Fax: (410) 244-7471/(410) 244-7742

Email Address: jegray@venable.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that James E. Gray is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: December 26, 2007

New York, New York

*John F. Keenan*
United States District Judge



# Certificate of Good Standing

UNITED STATES OF AMERICA

DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY that, JAMES E. GRAY, ESQUIRE, BAR NUMBER 00060,** was duly admitted to practice in the United States District Court for the District of Maryland on January 2, 1971, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

                FELICIA C. CANNON
                        Clerk

Date: December 13, 2007

                        Tina Stavrou - Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

USDC
DOC
ELE
DOC #:
DATE    11-8-06

### CASE MANAGEMENT ORDER NO. 5
**(Pro Hac Vice Admission)**

Having conferred with the Clerk's Office, the Court revises Section 5, Paragraph 4 of Case Management Order No. 3, dated November 1, 2006. Association with local counsel and the filing of a motion for pro hac vice admission are not required. However, each counsel wishing to be admitted pro hac vice must submit the following documents to the attention of Mr. John Sacco, Training Supervisor at the United States District Court SDNY, 500 Pearl Street, New York, NY 10007:

1. a proposed order for admission pro hac vice;
2. a $25.00 check made payable to the Clerk of the Court SDNY;
3. a Certificate of Good Standing from a Federal District Court; and
4. a completed CM/ECF registration form for each attorney. The form is available on the Court's website at www.nysd.uscourts.gov. When completing the registration form, please omit the date of admission and bar code information. The Clerk will enter that information for you.

All counsel admitted pro hac vice must electronically file a notice of appearance upon receiving their CM/ECF login and password.

If assistance is needed, attorneys should contact Mr. Sacco at (212) 805-0732.

SO ORDERED.

Dated: New York, New York
November 8, 2006

*/s/ John F. Keenan/*
JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE