UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-21-08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE: FOSAMAX PRODUCTS LIABILITY   :
LITIGATION

                              :   MDL No. 1789
                                  1:06-md-1789 (JFK)

—————————————————————x
*This Document Relates to:*   :   **ORDER**
All actions                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
**JOHN F. KEENAN, United States District Judge:**


       Oral argument on Plaintiffs' motion to compel

production of documents will take place at 10:00 a.m. on

June 2, 2008 in Courtroom 20-C.


SO ORDERED.

Dated:    New York, New York
          May 21, 2008


                                    JOHN F. KEENAN
                       United States District Judge